```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 30547
   BENNY T HOWARD
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-9181

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 08/04/2005 and was confirmed 11/17/2005.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  41.33% from remaining funds.

   The case was dismissed after confirmation 07/03/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
AMERICASH LOANS LLC        UNSECURED OTH     594.86            .00        165.44
ARGENT HEALTHCARE          UNSECURED       NOT FILED           .00           .00
ARROW FINANCIAL SERVICES   UNSECURED       NOT FILED           .00           .00
CASH ADVANCE               UNSECURED       NOT FILED           .00           .00
CHECK N GO                 UNSECURED       NOT FILED           .00           .00
CHECK INTO CASH            UNSECURED       NOT FILED           .00           .00
PREMIER BANCARD CHARTER    UNSECURED         394.20            .00        108.94
MIDAMERICA FEDERAL         UNSECURED       NOT FILED           .00           .00
NCO PORTFOLIO MANAGEMENT   UNSECURED       NOT FILED           .00           .00
TRIAD FINANCIAL CORP       UNSECURED        9796.21            .00       2707.29
WAL MART STORES INC        UNSECURED       NOT FILED           .00           .00
THOMAS W DREXLER           DEBTOR ATTY      2,294.00                    2,294.00
TOM VAUGHN                 TRUSTEE                                        324.33
DEBTOR REFUND              REFUND                                            .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                5,600.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                    2,981.67
ADMINISTRATIVE                               2,294.00
TRUSTEE COMPENSATION                           324.33
DEBTOR REFUND                                     .00
                       --------------      --------------
TOTALS                 5,600.00              5,600.00


                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 30547 BENNY T HOWARD
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/29/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 05 B 30547 BENNY T HOWARD